**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| KEDRIEN BOOKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:25-CV-296 |
| | § | |
| CLIFTON YODELL DOBBINS | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, Kedrien Booker, an inmate formerly confined at the Michael Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil action pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On May 10, 2026, the magistrate judge recommended dismissing this civil action for lack of subject matter jurisdiction (#4). No Objections to the Report and Recommendation have been filed to date.[1]

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

[1] A copy of the Report and Recommendation was returned with the notation that Plaintiff was discharged (#5).

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#4) is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the magistrate judge.

SIGNED at Beaumont, Texas, this 31st day of August, 2026.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE